# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

BRENDA MIDDLETON,

    Petitioner,

Case No. 1:11-cv-748

District Judge S. Arthur Spiegel
Magistrate Judge Michael R. Merz

    -vs-

GININE TRIM, Warden, Ohio
  Reformatory for Women

    Respondent.

## TRANSFER ORDER

With the consent of both of them, the referral in above-captioned action is transferred from Magistrate Judge Stephanie K. Bowman to Magistrate Judge Michael R. Merz.

July 17, 2012.

                      s/ *Michael R. Merz*
                    United States Magistrate Judge